**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6665**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DESMOND SINGLETARY, a/k/a Six,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:16-cr-00054-DCN-6)

Submitted: October 18, 2022                          Decided: October 21, 2022

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Desmond Singletary, Appellant Pro Se.  Andrew Robert de Holl, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Charleston, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Desmond Singletary appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the court did not abuse its discretion in determining that Singletary failed to show extraordinary and compelling circumstances warranting release or that the 18 U.S.C. § 3553(a) factors weighed against his release. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. *United States v. Singletary*, No. 2:16-cr-00054-DCN-6 (D.S.C. June 1, 2022). We deny Singletary's motion for the appointment of counsel, and we grant his motion to seal only as to the motion to seal itself. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2